FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

10 MAR 10 PM 4:31

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

GABRIEL SMUD,
MARCOS VIEIRA, and
BRUNO VIEIRA

Case No. 8:10-Cr-105-T-23 AEP
18 U.S.C. §§1956(h); 1956(a)(1)(B)(i)
18 U.S.C. § 982(a)(1) Forfeiture

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

### A. The Conspiracy

1. Beginning on a date unknown, but no later than in or about 2004, through in or about July, 2009, in the Middle District of Florida and elsewhere,

GABRIEL SMUD,
MARCOS VIEIRA,
and
BRUNO VIEIRA,

the defendants herein, did knowingly and willfully conspire, confederate, and agree with each other and with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly conduct or attempt to conduct financial transactions affecting interstate commerce, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and which were, in fact, the proceeds of specified

unlawful activity, that is, the proceeds of Knowingly Bringing Aliens into the United States at Places other than Designated Ports of Entry in violation of Title 8, United States Code, Section 1324(a)(1)(A)(I), knowing that the transactions were designed, in whole or in part, to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, contrary to the provisions of Title 18, United States Code, Section 1956(a)(1)(B)(I).

### B. Manner and Means

2.    The manner and means utilized to accomplish the objects of the conspiracy included, among others, the following:

3.    It was a part of the conspiracy that the conspirators would and did open bank accounts and safety deposit boxes in financial institutions in Tampa, Florida and elsewhere.

4.    It was a part of the conspiracy that the conspirators would and did deposit and caused to be deposited proceeds of illegal alien smuggling activities into the bank accounts at the financial institutions in Tampa, Florida and elsewhere.

5.    It was a part of the conspiracy that the conspirators would and did conduct financial transactions involving the proceeds of illegal alien smuggling activities for the purpose of concealing and disguising the nature, the location, the source, the ownership and the control of the proceeds of illegal alien smuggling activities.

6.    It was a part of the conspiracy that the conspirators would and did receive payments in exchange for their assistance in conducting financial transactions involving the proceeds of illegal alien smuggling activities.

7. It was a part of the conspiracy that the conspirators would and did make false statements and otherwise conducted these activities in a manner calculated to conceal and cover up the existence and activities of the conspiracy.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURES

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 982(a)(1).

1. From their engagement in any or all of the violations alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 1956(h), defendants

GABRIEL SMUD,
MARCOS VIEIRA,
and
BRUNO VIEIRA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all of their right, title and interest in any property, real or personal, involved in such offense, and any property traceable to such property.

2. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

*Amy F. Sanderfur*
Deputy FOREPERSON

A. BRIAN ALBRITTON
United States Attorney

By: *[signature]*
EDUARDO E. TORO-FONT
Assistant United States Attorney

*[signature]*
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, General Crimes

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

GABRIEL SMUD,
MARCOS VIEIRA,
and
BRUNO VIEIRA,

## INDICTMENT

Violations:

Title 18, United States Code, Section 18 U.S.C. §§1956(h); 1956(a)(1)(B)(i)

A true bill,

_____
Deputy  Foreperson

Filed in open court this 10th day
of March, A.D. 2010.

_____
Clerk

Bail  $_____