# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## MARK A. PIZZO
## U.S. MAGISTRATE JUDGE

| | |
|---|---|
| CASE NO. 8:10-Cr-105-T-23AEP | DATE: March 12, 2010 |
| UNITED STATES OF AMERICA | GA: Ed Toro-Font, AUSA |
| v. | |
| BRUNO VIEIRA | D.A.: Brian Josias, Esq. (CJA) |
| Courtroom: 11B     Time: 3:10p-3:20p | Tape: Digital |

## INITIAL APPEARANCE and ARRAIGNMENT MINUTES

(X) Defendant present; Advised of rights and charges; CJA counsel appointed

(X) Information/Indictment Filed and Copy to Defendant

(X) Defendant Waives Reading of Information/Indictment

(X) Arraigned and Pleaded Not Guilty

(X) Trial Set for Weeks beginning May 3, 2010 before Judge Steven D. Merryday

(X) Pretrial Discovery Order - to be filed by Magistrate Judge Anthony E. Porcelli

BOND SET in the amount of $20,000.00 PERSONAL APPEARANCE

Pretrial reporting; Shall reside with mother in Tampa, Fl; Surrender passport to Pretrial Services no later than 3/19/10.